**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDRE BRACY, )<br>)<br>Plaintiff, )<br>)<br>) **Case No.: 2:15-cv-05033-LDD**<br>v. )<br>)<br>DIVERSIFIED CONSULTANTS, )<br>INC., )<br>)<br>Defendant. | |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: November 25, 2015          BY: */s/ Craig Thor Kimmel*
                                  Craig Thor Kimmel, Esquire
                                  Attorney ID No. 57100
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (877) 788-2864
                                  Email: kimmel@creditlaw.com
                                  Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 25th day of November, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

ROSS S. ENDERS, ESQ.
SESSIONS FISHMAN NATHAN & ISRAEL LLC
2303 OXFORDSHIRE RD
FURLONG, PA 18925
215-794-7207
Fax: 215-794-5079
Email: renders@sessions-law.biz

            */s/ Craig Thor Kimmel*
            Craig Thor Kimmel, Esquire
            Attorney ID No. 57100
            Kimmel & Silverman, P.C.
            30 East Butler Pike
            Ambler, PA 19002
            Phone: (215) 540-8888
            Facsimile: (877) 788-2864
            Email: kimmel@creditlaw.com
            Attorney for the Plaintiff